IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED

OCT 1 8 2017

TIMOTHY M. O'BRIEN CLERK
By_____Deputy

John Randybach ) 
_____ ) 
_____ ) 
_____ ) 
(Enter above the full name of the Plaintiff(s) ) 
 ) 
vs. ) Case Number: 2:17-CV-2606-KHV-GLR
 ) 
David Neal ) 
Name ) 
300 W Ash ) 
Street and number ) 
Salina  Kansas   67401 ) 
City      State      Zip Code ) 

(Enter above the full name and address of the Defendant in this action - list the name and address of any additional defendants on the back side of this sheet).

## CIVIL COMPLAINT

I.   Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on an attached sheet of paper).

A.   Name of plaintiff  David Neal

     Address  300 W Ash  Salina Kansas  67401

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant __Michael A Montoya__ is

employed at __Saline County Kansas__

C. Additional Defendants __300 W Ash Selin, Kansas__

__Est All__

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

    A. (If Applicable) Diversity of citizenship and amount:

        1. Plaintiff is a citizen of the State of __Kansas__.

        2. The first-named defendant above is either

            a. a citizen of the State of __Kansas__; or

            b. a corporation incorporated under the laws of the State of __Kansas__ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

        3. The second-named defendant above is either

            a. a citizen of the State of __Kansas__; or

            b. a corporation incorporated under the laws of the State of __Kansas__ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for

each additional defendant on a separate page and attach it to this complaint.)

Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

_____ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article ____, Section ____; Statute, US Code, Title ____, Section ____.

_X_ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

_X_ 3. Other grounds (specify and state any statute which gives rise to such grounds):

Illegal taking of property Violating my 4, 5, 6, & 14 Admendment Rights

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

See Civil/Criminal Complaint Attached

IV.  Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

I want all my personal Items replaced. But this can not happen So I money in damages and then in Jail.

V.  Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?   Yes [X]   No [ ]

VI.  Do you claim actual damages for the acts alleged in your complaint?   Yes [X]   No [ ]

VII.  Do you claim punitive monetary damages?   Yes [X]   No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

One Million Dollars

4

VIII. Administrative Procedures:

    A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes [ ] No [ ]

    B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

    _____

    _____

    C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

    _____

    _____

    _____

IX. Related Litigation:

Please mark the statement that pertains to this case:

_____ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

__X__ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_\[signature\]_
Signature of Plaintiff

John Roudybush
Name (Print or Type)

5

2446 190th Rd
Address

Glen Elder Ks 67446
City    State    Zip Code

785 577 8480
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ☐Wichita, ☒Kansas City or ☐Topeka, Kansas as the location for the
(check one location)
trial in this matter.

*[Signature]*
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ☐yes ☐no.
(check one)

*[Signature]*
Signature of Plaintiff

Dated: OCT 12 2017
(Rev. 8/07)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

John Roudybush )
Pursuant case # 2013 CV )
)
V )  CASE No. 17 CR
David Neal, Michael A Montoya )
)
Est.. ALL ... see APPENENDIX )
)
*Defendant(s)*

Oct 12 2014

## Civil Complaint

I John Roudybush am filing a Civil Complaint that should be and is a criminal complaint, please see closing statement.

The fallowing persons conspired with other "without proper due process of the law's" trespassed up on my property on North St Road in Salina Kansas and removed one Secured Trailer house that housed chattels, personal affects, belongings, papers, legal document, as well as document that I was forced by the court of Saline County Kansas, an Saline County for the numerous court case battles that Saline County Kansas forcing me to be my own attorney because I could not hire one in town and an attorney that would handle all the case. Causing me to lose some legal document's that may never be replace as well as old book's, law books, bibles, repair Manuel's, including money and other items too numerous to list.

I am suing each individual as the individual capacity as well as employment and perfational capacity; David Neal, Michael Montoya, John Price Monty Shadewick, Jim Gile, Larson, David White, Randy Duncan, Auto House towing, Johnson Farms, I an suing this person each for individual capacity the cost of the trail house its' contents and their perfational capacity for the sum of ONE MILLION DOLLARS Including Saline County Kansas, as well as the 28 District court for violating my civil rights, as of any of violation to ward me as an individual within the Bill of Right of the United States Constitution! Plus legal cost, document fees any and all cost involved with per suing this case, It is the thought of the person involved within this they are the law and the believe the can break the law and get by with it.

**Closing Statement**
I John Roudybush am filing a Civil Complaint because I have been given no alternative choice in this Matter, I have contacted the Attorney General State and Federal, KBI, "FBI" in both Wichita, Kansas city Department of Justice, In care of the of Court service

[overlapping text] Ken K. Pelgrowski and over (100) one Hundred attorneys sometime they like being to pagead thing and took my money and actually do nothing to in remedy to the addionual problems {like placing a banded in a cut vane they know that it is not going to solve the problem but they know ones the bleeding stop you no longer need their service no more and they will not be making income from that person that is bleeding, if this was a doctor this would be malpractice, even a attorney this would be malpractice as well ho[overlapping: attorney Wichita Kansas 67046] with a drop of a hat, but an attorney suing another have to get permission from the a posing attorney be for he can sue that attorney.} for example out of I hired attorney years back in a law firm with his dad and brother he said he want to get his brother started in the practice and he wanted to turn it over to his brother but he would step in if he need help". That was the biggest lie I've ever heard. No attorney would sue them. Another one from Derby Kansas requested a large lump sum up front and did not complete the job. Which leaves me with the question how high up does corruption go do it stop at the state or continue in to the federal leave?

   This should be an is a criminal case {a criminal is one person or more who commit a crime; An act committed … in violation of a public law forbidding or commanding it. A wrong which the government notices as injurious to the public, and punishes in what is called a criminal proceeding in its own name.} which I have approached many government office and officers and have got nowhere even the Clerk's at the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS have demanded the they will not take a file from me unless it has civil complaint so I am forced to file a criminal Complaint as a Civil Complaint

I should not have to remind your Honor by not providing me a counsel to prepare proper documents and in the positive form in which that your Honor intend to, make it look like I could not show justice cause, so the Judge can hide be the word court, This court is surely not following the 14 Amendment in equal protection under the law. And for sure ignoring

                                                                      John Roudybush
                                                                      Layman Person