# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHN ROUDYBUSH, )<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>)<br>DAVID NEAL; MICHAEL A. MONTOYA; )<br>JOHN PRICE; MONTY SHADEWICK; )<br>JIM GILE; DAVID WHITE; RANDY )<br>DUNCAN; AUTO HOUSE TOWING; )<br>JOHNSON FARMS, )<br>)<br>Defendant(s). )<br>) | CIVIL ACTION<br><br>No. 17-2606-KHV |

## JUDGMENT IN A CIVIL CASE

( )   **JURY VERDICT.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

( X )   **DECISION BY THE COURT.**  This action came to decision by the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum And Order (Doc. #8) filed April 5, 2018, wherein the Court adopted the Report And Recommendation (Doc. #6) filed February 6, 2018 and DISMISSED plaintiff's claims without prejudice, this action is **DISMISSED**.

Dated:   4/5/2018            TIMOTHY M. O'BRIEN, CLERK

                             s/ Michael Cruz
                             Deputy Clerk